

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00345-CV

Elvia **CHAPA**,
Appellant

v.

Hector **CHAPA**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32952
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The appellant's motion for leave to file certificate of compliance is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk